UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Hubertus Cornelius Heule,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Peters & May USA, Inc.;<br>Compass Marine; Chad Beckmann;<br>Kristina Drost; and MSC USA, Inc.,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-07318-DCN-MGB<br><br>**ORDER** |

　　　　Plaintiff Hubertus Cornelius Heule, proceeding *pro se*, brings this action alleging fraud, breach of contract, and conversion in relation to a transatlantic shipping transaction. (Dkt. No. 1.) In filing the Complaint, Plaintiff submitted an Application to Proceed Without Prepayment of Fees (Dkt. No. 3), which is construed as a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1), (2). On July 21, 2025, the Court entered an order informing Plaintiff that it was unclear from the information in his application whether his financial situation justified proceeding without prepayment of the filing fee. (Dkt. No. 5.) The Court therefore directed Plaintiff to complete, sign, and return a Long Form AO 239 and to answer a special interrogatory regarding his financial status. (*Id.* at 1–2.) The order afforded Plaintiff twenty-one days, plus three days for mail time, to comply with the instructions.

　　　　On August 21, 2025, after Plaintiff failed to respond to the Court's instructions, the Court issued a second order affording Plaintiff another opportunity to submit the necessary information. (Dkt. No. 8.) In an abundance of caution, and to account for potential delays with international mailing, the Court granted Plaintiff an additional thirty-five days to comply. (*Id.* at 1.) The Court warned Plaintiff that if he failed to comply with these instructions within the time permitted, his

1

case may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure. (*Id.*)

When Plaintiff once again failed to respond, the Court issued a third order denying the motion to proceed *in forma pauperis* (Dkt. No. 3) and providing Plaintiff an opportunity to pay the requisite $350.00 filing fee and the additional $55.00 administrative fee set by the Judicial Conference within thirty-five days. (Dkt. No. 10 at 3.) The Court explicitly reminded Plaintiff that if he failed to comply with these instructions within the time permitted, his action would be summarily dismissed. Nevertheless, Plaintiff still has not paid the requisite filing fee for this action, or otherwise responded to the Court's many orders, and the time to do so has expired. Accordingly, the undersigned hereby **DISMISSES** the instant action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

November 24, 2024
Columbia, South Carolina