AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hubertus Cornelis Heule )<br>*Plaintiff* )<br>V. )<br>Peters & May USA, Inc., Compass Marine, Chad Beckmann, Kristina Drost, MSC USA Inc. )<br>*Defendants* ) | Civil Action No. 2:25-cv-07318-DCN-MGB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Hubertus Cornelis Heule, shall take nothing of Defendants, Peters & May USA, Inc., Compass Marine, Chad Beckmann, Kristina Drost, MSC USA Inc, as to the complaint filed pursuant to Rule 41 of the Federal Rules of Civil Procedure, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable, David C Norton, United States District Judge, presiding.

Date: November 25, 2025

ROBIN L. BLUME, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*